Scott E. Shaffman, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
(831) 333-0321

Attorney for JOHN ALAMILLO, Plaintiff

Christina Van Wert, ESQ.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

Attorneys for Defendants
LIFE INSURANCE CO. OF NORTH AMERICA;
APPLE COMPUTER, INC. LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN ALAMILLO, | CASE NO.: C09-02597 JW |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; APPLE COMPUTER INC. LONG TERM DISABILITY PLAN, Defendants | |

This matter having been settled between the parties hereto, all parties hereby stipulate that this case shall be dismissed in its entirety, with prejudice.

Dated: 1/19/10

_____
Scott E. Shaffman, Attorney for Plaintiff

Stipulation for Dismissal with Prejudice; Order       1

|   |   |
|---|---|
| 1 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| 2 | Attorneys for Defendants LIFE INSURANCE CO. OF NORTH AMERICA; APPLE COMPUTER, INC. LONG TERM DISABILITY PLAN |

Dated: 1/19/10

By: Christina Van Wert, Esq.

IT IS SO ORDERED:

The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

Dated: January 20, 2010

Judge, United States District Court

Stipulation for Dismissal with Prejudice; Order                    2